**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 118829
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Michelle A Bloom, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>            -against-<br><br>FBCS, Inc.,<br><br>            Defendant. | Docket No: 3:20-cv-02634-BRM-LHG |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: May 21, 2020

                    **BARSHAY SANDERS, PLLC**

                    By:  /s *Craig B. Sanders*
                    Craig B. Sanders
                    100 Garden City Plaza, Suite 500
                    Garden City, New York 11530
                    Tel. (516) 203-7600
                    Email: **ConsumerRights@BarshaySanders.com**
                    Our File No: 118829
                    *Attorneys for Plaintiff*

                    "SO ORDERED."

Date: 5/22/2020        Brian R. Martinotti, U.S.D.J.